AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Howell, Beryl A. | 2. Court or Organization<br><br>US District Court for the District of Columbia | 3. Date of Report<br><br>06/19/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>District Judge--Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 6/23/2010<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>06/14/2010 |
| 7. Chambers or Office Address<br><br>United States Sentencing Commission<br>One Columbus Circle, NE<br>Suite 2-500<br>Washington, DC 20002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only, see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | American University's Washington College of Law |
| 2. Commissioner | United States Sentencing Commission |
| 3. Board Member and Treasurer | Center for Democracy and Technology |
| 4. Consultant | Self-employed |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/20/2009 | Separation Agreement with Stroz Friedberg |
| 2. 4/1/2009 | Consulting Agreement with Recording Industry Association of America (ends 3/31/2010) |
| 3. 3/12/2007 | StrozFriedberg Equity Incentive Plan/Restricted Stock Unit Award Agreement;no control |
| 4. 1/20/2008 | Stroz Friedberg Equity Incentive Plan/Restricted Stock Unit Award Agreement; no control |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 06/19/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | Recording Industry Association of America, consulting | $15,000.00 |
| 2. | 2010 | American University, teaching | $1,996.06 |
| 3. | 2009 | Stroz Friedberg LLC, Salary and stock | $1,019,524.00 |
| 4. | 2009 | Recording Industry Association of America, consulting | $40,000.00 |
| 5. | 2008 | Stroz Friedberg LLC, Salary | $995,579.00 |
| 6. | | | |
| 7. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | National Geographic Television, salary |
| 2. | 2009 | National Geographic Television, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 06/19/2010 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Citibank Accounts (savings, money market) | A | Interest | M | T | Exempt | | | | |
| 2. Schwab IRA R/O--Schwab Advisor Cash | | None | M | T | | | | | |
| 3. Principal Financial Group 401k | | None | N | T | | | | | |
| 4. American Funds 529 college savings account | | None | N | T | | | | | |
| 5. MONY whole life insurance policy | A | Interest | J | T | | | | | |
| 6. Stroz Friedberg, LLC, common shares and RSU's | G | Dividend | P1 | W | | | | | |
| 7. Abbot laboratories Common Stock | A | Dividend | K | T | | | | | |
| 8. American Express Common Stock | A | Dividend | J | T | | | | | |
| 9. Ameriprise Common Stock | A | Dividend | J | T | | | | | |
| 10. Apple Inc Common Stock | | None | K | T | | | | | |
| 11. Barrick Gold Corp Common Stock | | None | K | T | | | | | |
| 12. Becton Dickinson Common Stock | A | Dividend | J | T | | | | | |
| 13. Blackstone common stock | A | Dividend | | | | | | | |
| 14. Boeing Common Stock | A | Dividend | K | T | | | | | |
| 15. Celgene Common Stock | | None | K | T | | | | | |
| 16. Cisco Common Stock | | None | J | T | | | | | |
| 17. Citigroup Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 10

Name of Person Reporting

Howell, Beryl A.

Date of Report

06/19/2010

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Coca Cola Common Stock | A | Dividend | K | T | Exempt | | | | |
| 19. Dish Network Common Stock | A | Dividend | J | T | | | | | |
| 20. Echostar Common Stock | | None | J | T | | | | | |
| 21. Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 22. Hewlett Packard common stock | A | Dividend | | | | | | | |
| 23. Immucor Common Stock | | None | K | T | | | | | |
| 24. Intel Common Stock | A | Dividend | K | T | | | | | |
| 25. IBM Common Stock | A | Dividend | K | T | | | | | |
| 26. McDonalds Common Stock | A | Dividend | | | | | | | |
| 27. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 28. Mylan Common Stock | | None | K | T | | | | | |
| 29. Nokia Common Stock | A | Dividend | J | T | | | | | |
| 30. Potash Corp Common Stock | A | Dividend | K | T | | | | | |
| 31. Praxair Common Stock | A | Dividend | | | | | | | |
| 32. Qualcomm Common Stock | A | Dividend | J | T | | | | | |
| 33. RIMM Common Stock | | None | J | T | | | | | |
| 34. Schlumberger Limited Common Stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
(See Column C2)           U =Book Value          V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 06/19/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Smith Int'l Common Stock | A | Dividend | K | T | | | | | |
| 36. Time Warner Inc Common Stock | A | Dividend | J | T | | | | | |
| 37. Time Warner Cable Common Stock | A | Dividend | J | T | | | | | |
| 38. Turner Core Growth Institutional ETF Fund | | None | J | T | | | | | |
| 39. Turner Midcap Growth Institutional | | None | J | T | | | | | |
| 40. United Technologies Common Stock | A | Dividend | | | | | | | |
| 41. Vanguard Emerging Markets ETF Fund | A | Dividend | K | T | | | | | |
| 42. Walmart Common Stock | A | Dividend | K | T | | | | | |
| 43. Bank of America Corporate Bond | A | Interest | L | T | | | | | |
| 44. Fairfax County, VA Tax Exempt Bond | A | Interest | L | T | | | | | |
| 45. Federal Home Loan Bank Fixed Income account | E | Interest | L | T | | | | | |
| 46. GE Capital Corporate Bond | A | Interest | L | T | | | | | |
| 47. Hanover County, VA Tax Exempt Bond | | None | L | T | | | | | |
| 48. JP Morgan Chase Corporate Bond | A | Interest | L | T | | | | | |
| 49. Schwab US Treasury Money Fund | A | Interest | M | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 06/19/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 | | | | | | | | | |
| 53. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Beryl A. Howell_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 247 | 555 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities--see schedule | | 671 | 873 | Notes payable to relatives | | 13 | 869 |
| Unlisted securities--Stroz Friedberg, LLC | 3 | 871 | 754 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 24 | 227 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable—primary residence | | 791 | 558 |
| Real estate owned-see schedule | 2 | 833 | 230 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | | | | |
| Cash value-life insurance | | 11 | 411 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan Account | | 335 | 247 | | | | |
| Retirement Accounts—see schedule | | 554 | 146 | | | | |
| College Savings & Custodial Accounts—see schedule | | 335 | 195 | Total liabilities | | 829 | 654 |
| | | | | Net Worth | 8 | 105 | 757 |
| Total Assets | 8 | 935 | 411 | Total liabilities and net worth | 8 | 935 | 411 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |